```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  2/20/2018
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
                                                              :
JEAN-BAPTISTE MEDA,                                           :
                              Plaintiff,                      :
                                                              :   17 Civ. 6853 (LGS)
            -against-                                         :
                                                              :          ORDER
KOGDA, et al.,                                                :
                                                              :
                              Defendants.                     :
------------------------------------------------------------- X

LORNA G. SCHOFIELD, District Judge:

WHEREAS, on February 20, 2018, a conference was held;

WHEREAS, at the conference, Defendant Clarisse Kogda withdrew her motion to dismiss in its entirety (Docket No. 37). For the reasons stated at the conference, it is hereby

**ORDERED** that Plaintiff's deposition of Defendant Clarisse Kogda shall proceed in accordance with Federal Rule of Civil Procedure 30. It is further

**ORDERED** that Plaintiff shall produce to Defendants any relevant immigration records, but may redact them as necessary to protect Plaintiff's private personal information. It is further

**ORDERED** that Plaintiff shall comply with the Court's Individual Rules with respect to any motion for default judgment as to Defendants Der Kogda and Marie-Claire Somda-Kogda. It is further

**ORDERED** that if Plaintiff wishes to file a motion to dismiss Defendants' counterclaims, the parties shall comply with the briefing schedule in the Order dated December 5, 2017 (Docket No. 24). It is further

**ORDERED** that if Plaintiff wishes to file an application or motion regarding Defendants' counsel's alleged personal knowledge of the facts of this case, Plaintiff shall file a pre-motion letter on or before **March 6, 2018**.

The Clerk of Court is directed to close the motion at Docket No. 37.

Dated: February 20, 2018
       New York, New York

_____
LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE