UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARTYR JEAN-BAPTISTE MEDA,<br><br>Plaintiff,<br><br>-against-<br><br>DER KOGDA, MARIE-CLAIRE SOMDA-KOGDA, and CLARISSE KOGDA,<br><br>Defendants. | Index No. 17-cv-6853-LGS |

**NOTICE OF MOTION TO DISMISS**

**PLEASE TAKE NOTICE** that upon the accompanying Memorandum of Law in Support of Plaintiff Martyr Jean-Baptiste Meda's Motion to Dismiss the Counterclaims asserted against him by Defendants/Counter-claim Plaintiffs Der Kogda, Marie-Claire Somda-Kogda, and Clarisse Kogda, and Declaration of Elyse D. Echtman, Plaintiff Martyr Jean-Baptiste Meda will move this Court, before the Honorable Lorna G. Schofield, United States District Judge in the Southern District of New York, Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York, 10007, at a date and time to be determined by the Court, for an order pursuant to Federal Rules of Civil Procedure 12(b)(6) and 41(b) dismissing Defendant/Counter-claim Plaintiffs' Counter-complaint dated November 22, 2017.

                        Respectfully submitted,

                        ORRICK, HERRINGTON & SUTCLIFFE, LLP

Dated: March 2, 2018         /s/ Elyse D. Echtman
       New York, New York    Elyse D. Echtman (eechtman@orrick.com)
                                    Jacquelyn Hehir (jhehir@orrick.com)
                                    Jason B. Ervin (jervin@orrick.com)
                                    51 W 52nd St.
                                    New York, NY 10019
                                    Tel:  (212) 506-5280

                        and

                        URBAN JUSTICE CENTER
                        Reena Arora (RArora@urbanjustice.org)
                        David Ureña (DUrena@urbanjustice.org)
                        123 William St, 16th Floor
                        New York, New York 10038
                        Tel:  (646) 459-3020

                        *Attorneys for Plaintiff Martyr Jean-Baptiste Meda*