USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/2/2018

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
:
MARTYR JEAN-BAPTISTE MEDA, :
:
                       Plaintiff, :   17 Civ. 6853 (LGS)
:
         -against- :   **OPINION AND ORDER**
:
DER KOGDA, MARIE-CLAIRE SOMDA- :
KOGDA, and CLARISSE KOGDA, :
:
                     Defendants. :
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

WHEREAS, on September 8, 2017, Plaintiff initiated this action. (Dkt. No. 1). On November 12, 2017, Defendants filed their Answer, Affirmative Defenses, and Counter Complaint. (Dkt. No. 28).

WHEREAS, on December 5, 2017, a scheduling order was entered, requiring fact discovery to be completed by April 4, 2018, and expert discovery to be completed by May 21, 2018. (Dkt. No. 24).

WHEREAS, on January 11, 2018, defense counsel's application to withdrew as counsel of record for two of the Defendants, Der Kogda and Marie-Claire Somda-Kogda, was granted. (Dkt. No. 34). In his affidavit, counsel represented that these two Defendants had returned to Burkina Faso, were unsatisfied with counsel's representation and were uninterested in defending this action. (Dkt. No. 33 ¶¶ 5-10).

WHEREAS, on March 2, 2018, Plaintiff filed a motion to dismiss the counterclaims (Dkt. No. 45), and Defendants were ordered to file their opposition by April 3, 2018 (Dkt. No. 48). To date, no opposition has been filed. It is hereby

**ORDERED** that Defendants' counterclaims are dismissed as the motion was unopposed.

The Clerk of Court is respectfully directed to close the motion at Docket No. 45 and mail a copy of this Order to the pro se Defendants.

Dated: May 2, 2018
      New York, New York

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**
