UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
MARTYR JEAN-BAPTISTE MEDA,

          Plaintiff,

  -against-

DER KOGDA, MARIE-CLAIRE
SOMDA-KOGDA and CLARISSE
KOGDA,
          Defendants.
-------------------------------------------------------X
KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

**ORDER**

17 CV 6853 (LGS)(KNF)



The Honorable Lorna G. Schofield referred this case to the undersigned for an inquest in order to determine the amount of damages, if any, that should be awarded to the plaintiff against defendants Der Kogda, Marie-Claire Somda-Kogda and Clarisse Kogda.

Accordingly, IT IS HEREBY ORDERED that, on or before October 26, 2018, the plaintiff shall prepare and file, with the Court: (1) proposed findings of fact and conclusions of law; and (2) an inquest memorandum of law, accompanied by supporting affidavits and exhibits, setting forth proof of his damages. The plaintiff must serve these documents on Der Kogda, Marie-Claire Somda-Kogda and Clarisse Kogda, and file proof of such service with the Clerk of Court.

IT IS FURTHER ORDERED that, on or before November 16, 2018, the defendants shall prepare and file any opposing memoranda, affidavits and exhibits, as well as any alternative findings of fact and conclusions of law, and serve the same upon the plaintiff.

The plaintiff shall serve the defendants with a copy of this order and file proof of such service with the Clerk of Court.

Dated: New York, New York
       September 28, 2018

SO ORDERED:

_Kevin Nathaniel Fox_
KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE