UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

MARTYR JEAN-BAPTISTE MEDA,

    Plaintiff,

-against-

DER KOGDA, MARIE-CLAIRE SOMDA-KOGDA, and CLARISSE KOGDA,

    Defendants.

Index No. 17-cv-6853-LGS

**FINAL JUDGMENT AGAINST DEFENDANTS DER KOGDA AND MARIE-CLAIRE SOMDA-KOGDA**

---

<u>LORNA G. SCHOFIELD</u>, District Judge:

WHEREAS, Plaintiff Jean Baptiste-Meda ("Meda" or "Plaintiff") commenced this action on September 8, 2017 by filing a Complaint, Plaintiff properly served a copy of the Summons and Complaint on Defendants Der Kogda and Marie-Clare Somda Kogda ("Defendants") on September 25, 2017, and filed proof of service with the Court on October 2, 2017, and Defendants having failed to cooperate in discovery and defend this action, it is

**ORDERED, ADJUDGED AND DECREED:** That the Plaintiff has judgment against defendants in an amount of $_____.

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED:** That the Court shall retain jurisdiction over the enforcement of this Judgment.

There being no just reason for delay, pursuant to Rule 54(b) of the Federal Rules of Civil Procedure, the clerk is ordered to enter this Judgment forthwith and without further notice.

Dated: _____, 2018
       New York, NY

                                        _____
                                            **LORNA G. SCHOFIELD**
                                      **UNITED STATES DISTRICT JUDGE**