```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
    MARTYR JEAN-BAPTISTE MEDA,                              :
                                       Plaintiff,           :
                                                            :
                 -against-                                  :
                                                            :          17 Civ. 6853 (LGS)
    DER KOGDA, ET AL.,                                      :
                                       Defendants.          :          ORDER
------------------------------------------------------------X
```

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/4/2019
```

LORNA G. SCHOFIELD, District Judge:

WHEREAS, on September 3, 2019, Judge Fox issued a Report and Recommendation (the "Report"), awarding Plaintiff damages and post-judgment interest. Objections to the Report are due on September 17, 2019. It is hereby

**ORDERED** that, to ensure service of the Report on Defendants, who have been terminated from the docket, Plaintiff shall serve the Report and file an affidavit of service by the date objections are due, or **September 17, 2019.** Plaintiff may serve by whatever means or several means it believes Defendants are reachable, whether mail, e-mail or other means.

Dated: September 4, 2019
       New York, New York

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**