```
UNITED STATES DISTRICT COURT                      USDC SDNY
SOUTHERN DISTRICT OF NEW YORK                     DOCUMENT
------------------------------------------------X ELECTRONICALLY FILED
                                                : DOC #:_____
MARTYR JEAN-BAPTISTE MEDA,                      : DATE FILED: 10/1/2019
                           Plaintiff,           :
                                                :
       -against-                                :
                                                :    17 Civ. 6853 (LGS)
DER KOGDA, ET AL.,                              :
                           Defendants.          :           ORDER
------------------------------------------------X
```

LORNA G. SCHOFIELD, District Judge:

WHEREAS, on September 3, 2019, Judge Fox issued a Report and Recommendation (the "Report"), recommending awarding Plaintiff (1) $491,027 in damages, (2) $293,074 in attorney's fees, and (3) post-judgment interest, to be calculated by the Clerk of Court, under 28 U.S.C. § 1961;

WHEREAS, the Report stated that the parties "shall have fourteen (14) days from service of this Report to file written objections;"

WHEREAS, Plaintiff's affidavit of service at Dkt. No. 109 confirms that Defendant was served on September 5, 2019, by mail and e-mail and through counsel;

WHEREAS, no objections were timely filed;

WHEREAS, in reviewing a Report and Recommendation of a magistrate judge, a district judge "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b)(1). "In a case such as this one, where no timely objection has been made, a district court need only satisfy itself that there is no clear error on the face of the record." *Poulos, v. City of New York*, No. 14 Civ. 3023, 2018 WL 3745661, at *1 (S.D.N.Y. Aug. 6, 2018) (internal quotation marks omitted);

WHEREAS, the Court finds no clear error on the face of the record. It is hereby

**ORDERED** that the Report is adopted.  Plaintiff is awarded (1) $491,027 in damages, (2) $293,074 in attorney's fees, and (3) post-judgment interest, to be calculated by the Clerk of Court, under 28 U.S.C. § 1961, from the date of default judgment.  Plaintiff shall transmit a copy of this Order to Defendants.  The Clerk of Court is respectfully directed to enter judgment and close this case.  It is further

**ORDERED** that, per the Order at Dkt. No. 81, the Court will continue to retain jurisdiction to enforce the judgment in this action, unless the parties request otherwise.

Dated: October 1, 2019
 New York, New York

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**